JOHN G. OGDEN, PLAINTIFF, NEW JERSEY CIVIL SERVICE ASSOCIATION, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DEPARTMENT OF CIVIL SERVICE, *ET AL.*, DEFEND-ANTS-RESPONDENTS.

See same case below: 77 *N. J. Super.* 296.

*Mr. Irving I. Rubin* and *Mr. Max A. Boxer* for the petitioners.

*Mr. Benjamin J. Spitz* and *Mr. Newton M. Roemer* for the respondent Passaic Valley Water Commission.

*Mr. Arthur J. Sills* and *Mr. William L. Boyan* for the respondent Department of Civil Service.

February 11, 1963. Denied.

WILLIAM ZIEGENBALG, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. AUGUSTIN LAVIN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 77 *N. J. Super.* 417.

*Messrs. Jacobson & Winter* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Wilentz, Goldman & Spitzer* for the respondents.

February 11, 1963. Denied.